## Lydia E. Defrees et al., Appellees, v. Robert T. Brydon, Appellant.

### Gen. No. 20,939.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. LOCKWOOD HONORE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Reversed and remanded with directions. Opinion filed March 9, 1916.

### Statement of the Case.

Bill by Lydia Defrees *et al.*, complainants, against Robert T. Brydon, defendant. From a judgment for complainants, defendant appeals.

This case is governed by the opinion in *Defrees v. Brydon, ante,* p. 265, and the decree is accordingly reversed and the cause remanded with directions to dismiss the bill and amended and supplemental bill of complainant for want of equity.

JOHN E. FOSTER, for appellant.

FYFFE, RYNER & DALE and WILLIAM FRANCE ANDERSON, for appellees; COLIN C. H. FYFFE, of counsel.

MR. JUSTICE McGOORTY delivered the opinion of the court.